# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-4246

———————

Ann Farr,

      Plaintiff - Appellant,

v.

County of Wright,

      Defendant - Appellee.

\*
\*
\*
\*  Appeal from the United States
\*  District Court for the
\*  District of Minnesota.
\*
\*  (Unpublished)
\*

———————

Submitted: October 18, 2000
Filed:  October 25, 2000

———————

Before MURPHY, HEANEY, and BYE, Circuit Judges.

———————

PER CURIAM.

Ann Farr had a cabin in Wright County which was destroyed by fire, and in order to rebuild she needed to obtain variances from the zoning ordinance. The Wright County Board of Adjustment denied the variances after a hearing, citing sewer problems, the number of variances sought, lot size, neighbor opposition, and driveway problems. Farr brought this action against Wright County under 42 U.S.C. § 1983, claiming that her constitutional rights to just compensation, due process and equal protection were violated. The district court[1] dismissed the complaint with

---

[1]The Honorable Donovan W. Frank, United States District Judge for the District of Minnesota.

prejudice after denying Farr's motion for declaratory judgment. After a careful review of the record, we affirm the judgment on the basis of the district court's opinion. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.